STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-0550 & 14-0154 RS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | ) | |
| LEEVERETT HALL, | ) | |
| Defendant. | ) | |

1  The parties jointly request that, subject to the Court's approval, the status conference
2  presently set for June 17, 2014 be continued to July 1 at 2:30 pm.
3  At the last appearance, the Court set both of the above-captioned matters over until June
4  17, 2014 for further status.  Unfortunately, defense counsel is also scheduled to appear before the
5  Honorable Jeffrey S. White that afternoon in Oakland, and therefore is unavailable.
6  Additionally, the parties are currently in negotiations over this case and government counsel
7  recently provided the defense with new information relevant to those negotiations.  Accordingly,
8  the parties jointly request additional time for continuity of counsel, to investigate this case and to
9  effectively prepare.
10  For the above reasons, the parties stipulate there is good cause – taking into account the
11  public interest in the prompt disposition of this case – to exclude the time from June 17, 2014 to
12  July 1, 2014 from computation under the Speedy Trial Act, and that failing to exclude that time
13  would unreasonably deny the defendant and his counsel the reasonable time necessary for
14  continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. §
15  3161(h)(7)(A) and (B)(iv).  The parties further agree that the ends of justice would be served by
16  excluding the time from June 17, 2014 to July 1, 2014 from computation under the Speedy Trial
17  Act and that the need for the exclusion outweighs the best interests of the public and the
18  defendant in a speedy trial.
19  IT IS SO STIPULATED.

21  6/11/2014                                    /s/
    DATED                                        BENJAMIN P. TOLKOFF
22                                               Assistant United States Attorney

24  6/11/2014                                    /s/
    DATED                                        JODI LINKER
                                                 Assistant Federal Public Defender

26  IT IS SO ORDERED.

27  6/11/14
    DATED                                        RICHARD SEEBORG
28                                               United States District Judge

*US v. Hall*, Case No. 10-550 & 14-154 RS;
Stipulation and [Proposed] Order to Continue          1