1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700
   Telefacsimile: (415) 436-7706
5
   Counsel for Defendant HALL
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,      ) No. CR-10-0550 & 14-0154 RS
                                    )
13 |              Plaintiff,         ) STIPULATION AND [PROPOSED]
                                    ) ORDER TO CONTINUE
14 | v.                              )
                                    )
15 | LEEVERETT HALL,                 )
                                    )
16 |              Defendant.         )
                                    )

1  The parties jointly request that, subject to the Court's approval, the hearing presently set for September 30, 2014 be continued to October 21, 2014 at 2:30 pm.

At the last appearance, the Court set both of the above-captioned matters over until September 30, 2014 for further status and/or change of plea. Government counsel is still in a lengthy trial. Because of that trial, government counsel just provided defense counsel with a proposed plea agreement on Friday, and defense counsel now needs time to review that with her client to determine how best to proceed. Government counsel is unavailable on October 7 and defense counsel is unavailable on October 14; accordingly, the parties are requesting a continuance to October 21, 2014.

For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time from September 30, 2014 to October 21, 2014 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from September 30, 2014 to October 21, 2014 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

___9/29/14___
DATED

/s/
BENJAMIN P. TOLKOFF
Assistant United States Attorney

___9/29/14___
DATED

/s/
JODI LINKER
Assistant Federal Public Defender

IT IS SO ORDERED.

___9/29/14___
DATED

RICHARD SEEBORG
United States District Judge

US v. Hall, Case No. 10-550 & 14-154 RS;
Stipulation and [Proposed] Order to Continue          1